# EXHIBIT _M_

# CITY OF NEW HAVEN



## Office of the City Town Clerk

*Sally J. Brown*
Deputy City Clerk

*Michael B. Smart*
City Town Clerk

*Mamie Gardner-Reed*
Asst. City Town Clerk

**November 14, 2017**

To whom it may concern;

The index page attached referenced as "Exhibit A" can be found on our public land records; it refers to a mortgage document also attached and referenced as "Exhibit B". As you will notice on Exhibit A, there is an <u>instrument</u> number as well as a <u>book and page</u> used to locate the document, Exhibit B, within our records.  You will also notice a <u>recording date and time</u>, along with the <u>description</u> of the type of document which in this case is a mortgage.

The <u>OR Party</u> represents the borrower in this specific mortgage document, Johnny Ray Moore, while the <u>EE Party</u> represents the lenders which in this case is Mortgage Electronic Registration Systems, and Mortgage Capital Associates Inc.  The <u>Description</u> refers to the property address at hand and <u>Return name/address</u> refers to the individual or company the document is returned to after recording.  Finally, <u>Related</u>, references documents along with their book and page, which have any relation to the document being viewed.

Please note, the information viewed on our index pages are extracted directly from the land record document at hand.

Sincerely,

Michael B. Smart
City Town Clerk

Personally appeared before me <u>Michael B. Smart,</u> on this day <u>November 14, 2017</u>.  In the town of <u>New Haven</u>, Connecticut.

JESSICA M. RIOS
*NOTARY PUBLIC*
MY COMMISSION EXPIRES JAN. 31. 2021

Honorable Michael B. Smart, City Town Clerk
200 Orange Street, Suite 202, New Haven, CT 06510 PH: 203-946-8339 FAX: 203-946-6974
msmart@newhavenct.gov

152

| | |
|---|---|
| Instr #: | 2007-978 |
| Book/Page: | 7846 / 281 |
| | |
| Rec Date: | 01/16/2007  12:38:00 |
| Doc Grp/Desc: | LR / MORTGAGE |
| | |
| OR Party: | MOORE JOHNNY RAY |
| | |
| EE Party: | MORTGAGE ELECTRONIC REGISTRATION SYSTEMS |
| | MORTGAGE CAPITAL ASSOCIATES INC |
| | |
| Description: | 83-85 WILLIS STREET |
| | |
| Return Name/Address: | MORTGAGE CAPITAL ASSOCIATES INC |
| | |
| Related: | 11/16/2009  ASSIGNMENT  Bk: 8464  Pg: 77 |
| | 01/27/2014  ASSIGNMENT  Bk: 9104  Pg: 195 |

/ 53

After Recording Return To:
MORTGAGE CAPITAL ASSOCIATES, INC.
11150 WEST OLYMPIC BOULEVARD, #1160
WEST LOS ANGELES, CALIFORNIA 90064
Loan Number: 06122807

———————— [Space Above This Line For Recording Data] ————————

## OPEN-END MORTGAGE DEED

MIN: 1001330-0100057338-2

### DEFINITIONS

Words used in multiple sections of this document are defined below and other words are defined in Sections 3, 11, 13, 18, 20 and 21. Certain rules regarding the usage of words used in this document are also provided in Section 16.

(A) "Security Instrument" means this document, which is dated    JANUARY 12, 2007    , together with all Riders to this document.
(B) "Borrower" is JOHNNY RAY MOORE


Borrower is the mortgagor under this Security Instrument.
(C) "MERS" is Mortgage Electronic Registration Systems, Inc. MERS is a separate corporation that is acting solely as a nominee for Lender and Lender's successors and assigns. **MERS is the mortgagee under this Security Instrument.** MERS is organized and existing under the laws of Delaware, and has an address and telephone number of P.O. Box 2026, Flint, MI 48501-2026, tel. (888) 679-MERS.
(D) "Lender" is MORTGAGE CAPITAL ASSOCIATES, INC.


Lender is a  CALIFORNIA CORPORATION, IT'S SUCCESSORS AND/OR ASSIGNS    organized
and existing under the laws of  CALIFORNIA
Lender's address is   11150 WEST OLYMPIC BOULEVARD, #1160, WEST LOS ANGELES, CALIFORNIA 90064

(E) "Note" means the promissory note signed by Borrower and dated   JANUARY 12, 2007
The Note states that Borrower owes Lender  TWO HUNDRED TEN THOUSAND AND 00/100
                    Dollars (U.S. $ 210,000.00         ) plus interest.
Borrower has promised to pay this debt in regular Periodic Payments and to pay the debt in full not later than
FEBRUARY 1, 2037
(F) "Property" means the property that is described below under the heading "Transfer of Rights in the Property."
(G) "Loan" means the debt evidenced by the Note, plus interest, any prepayment charges and late charges due under the Note, and all sums due under this Security Instrument, plus interest.

————————————————————————————————————————————

CONNECTICUT—Single Family—Fannie Mae/Freddie Mac UNIFORM INSTRUMENT - MERS    *DocMagic* *CForms* 800-649-1362
Form 3007 01/01                           Page 1 of 13                          www.docmagic.com

Ct3007.mzd

1 54

# EXHIBIT _N_

/ 5.5

# EXHIBIT _0_

156

001793                    VOL3005PG204

RECEIVED FOR RECORD
2007 FEB 20 P 1:51:2
VOL 3005 PAGE 204
Patricia P. Ulatowski,
STRATFORD TOWN CLERK
ATTEST: TOWN CLERK

RECORDING REQUESTED BY / RETURN TO:
Peelle Management Corporation
P.O. Box 1710, Campbell, CA 95009-9982

## Release Of Mortgage

WHEREAS the indebtedness secured by the mortgage described below has been fully paid and satisfied,
Mortgage Electronic Registration Systems, Inc.,
owner and holder of the debt, hereby declares that the lien of said mortgage is forever discharged and satisfied.
Original Mortgagee: NEW CENTURY MORTGAGE CORPORATION
Original Mortgagor: JOHNNY RAY MOORE
is recorded in the State of CT, Town of Stratford, on 12/19/05 on Book 2779 on Page 063
Tax ID: 1491300
Date of mortgage: 12/16/05 Amount of mortgage: $261300.00
DATE OF SATISFACTION: 02/01/07
NOW THEREFORE, the recorder or clerk of said town is hereby instructed to record this instrument and to
cancel, release, and discharge the mortgage in accordance with the regulations of said state and town.
DATED: 02/15/2007
Mortgage Electronic Registration Systems, Inc.

By: _____
     Shannon Blum
     Vice President

State of California
County of Santa Clara
On 02/15/2007, before me, the undersigned, a Notary Public for said County and State, personally appeared
Shannon Blum, personally known to me to be the person that executed the foregoing instrument, and
acknowledged that she is Vice President of
Mortgage Electronic Registration Systems, Inc.,
and that she executed the foregoing instrument pursuant to a resolution of
its board of directors and that such execution was done as the free act and deed of
Mortgage Electronic Registration Systems, Inc..

Notary: Paula Ward
My Commission Expires: 01/11/10

PAULA WARD
COMM. NO. 1634176
NOTARY PUBLIC - CALIFORNIA
SANTA CLARA COUNTY
COMM. EXPIRES JAN. 11, 2010

Prepared by: Mery Wong,
Peelle Management Corporation, P.O. Box 1710, Cambell, CA 95009
LN# 0440923191 Investor LN# 10362203 P.I.F.: 02/01/07
FINAL RECON.m 90816 02/15/2007 06-113 CT Stratford 3344:12 23
MIN#: 1002696-1010362203-1         MERS Tel.#: 1-888-679-6377

I Hereby Certify That This Is
A True Copy Of The Original
Document Received For Record
In The Office Of The Town Clerk
Of The Town Of Stratford
On 2/20/2007 At 1:18pm
Volume 3005 Page 204
Attest _____ Clerk

Received for record   FEB 2 0 2007
At ____ P.M. and recorded by me
_____
Patricia P. Ulatowski, Stratford Town Clerk

Book: 3005  Page:  204  FileNum: 2007-00001793  Seq: 1

EXHIBIT _P_

After Recording Please Return to
Hunt Leibert, Jacobson
50 Weston Street
Hartford, CT 06120

BK: 03060 PG: 327
Inst# 5987

RETURN DATE: OCTOBER 27, 2009 : SUPERIOR COURT

JPMORGAN CHASE BANK, NATIONAL : JUDICIAL DISTRICT OF
ASSOCIATION : ANSONIA/MILFORD
VS: : AT MILFORD
:
JOHNNY RAY MOORE, ET. AL : OCTOBER 12, 2009

## LIS PENDENS

Notice is hereby given of the pendency of a civil action between the above-named Plaintiff and against Johnny Ray Moore, Mortgage Electronic Registration Systems, Inc. as nominee for Mortgage Capital Associates, Inc. and State of Connecticut, Department of Revenue Services, by Writ dated October 12, 2009, and made returnable to the Superior Court for the Judicial District of Ansonia/Milford at Milford on October 27, 2009, which action is brought, inter alia, to foreclose a certain mortgage from the Defendant(s), Johnny Ray Moore, to Mortgage Electronic Registration Systems, Inc. as nominee for Mortgage Capital Associates, Inc., which mortgage was dated January 26, 2007 and recorded January 30, 2007 in Volume 2780 at Page 255 of the Shelton Land Records. Said Mortgage was assigned to JPMorgan Chase Bank, National Association by virtue of an Assignment of Mortgage to be recorded on the Shelton Land Records.

In said action, the following items are claimed:

1.   Foreclosure of the Mortgage;

2.   Possession of the Property;

3.   Money damages against the makers of, or obligors on, the Note described herein and/or their Estates, if deceased, (unless same has been precluded by virtue of a Bankruptcy filing);

4.   A reasonable attorney's fee (unless same has been precluded by virtue of a Bankruptcy filing);

03668-04491

HUNT LEIBERT JACOBSON, P.C. ● ATTORNEYS AT LAW
50 WESTON STREET ● HARTFORD, CONNECTICUT 06120 ● (860) 808-0606 ● JURIS NO. 101589

I HEREBY CERTIFY THAT THIS IS A TRUE COPY OF
THE ORIGINAL DOCUMENT RECEIVED FOR RECORD
IN THE OFFICE OF THE CITY/TOWN CLERK OF THE
CITY OF SHELTON ON 10/13/2009  2:45pm
ATTEST: _____
ASST. CITY/TOWN CLERK

158

BK: 03060 PG: 328
Inst# 5987

5.    Interest (unless same has been precluded by virtue of a Bankruptcy filing);

6.    Costs of suit (unless same has been precluded by virtue of a Bankruptcy filing);

7.    Deficiency Judgment against the makers of, or obligors on, the Note described herein, and/or their Estate, if deceased (unless same has been precluded by virtue of a Bankruptcy filing); and

8.    Such other and further relief as the Court may deem just and equitable.

The property the plaintiff seeks an interest in and to is located in the Town of Shelton, County of Fairfield and State of Connecticut, and is known as 15 Sachem Drive, Shelton, Connecticut, and is more particularly bounded and described as set forth in Schedule A attached hereto.

Dated at Hartford, Connecticut on October 12, 2009

Plaintiff

By_____ , Esq.
    Hunt Leibert Jacobson, P.C.
    Its Attorneys

03668-04491

HUNT LEIBERT JACOBSON, P.C. • ATTORNEYS AT LAW
50 WESTON STREET • HARTFORD, CONNECTICUT 06120 • (860) 808-0606 • JURIS NO. 101589

159

BK: 03060 PG: 329
Inst# 5987

## SCHEDULE A

## PROPERTY DESCRIPTION

ALL THAT CERTAIN piece or parcel of land, together with the buildings and improvements thereon, situated in the City of Shelton, County of Fairfield and State of Connecticut, being shown and designated as Lot No. 25 on a certain map entitled, "Record Subdivision Plan Vistas at White Hills East Village Road, Sachem Drive & Sagamore Road Situated in City of Shelton, Connecticut", prepared by Eastern States Engineering, Inc., Scale 1"=100', Dated 4-02-04, which map is on file in the Shelton Town Clerk's Office as Map No. 4110, to which reference may be had for a more particular description thereof.

10/13/2009

2:45 PM    M. and Rec.

03668-04491

HUNT LEIBERT JACOBSON, P.C. • ATTORNEYS AT LAW
50 WESTON STREET • HARTFORD, CONNECTICUT 06120 • (860) 808-0606 • JURIS NO. 101589

166

# EXHIBIT _Q_

After recording please return to:
HUNT LEIBERT JACOBSON PC
50 Weston Street
Hartford CT 06120

## ASSIGNMENT OF MORTGAGE

BK: 03103 PG: 126
Inst# 1716

POOL NUMBER_____

KNOW YE THAT **Mortgage Electronic Registration Systems, inc. as nominee for Mortgage Capital Associates, Inc.**, ( Assignor"), having an office and place of business at 3300 SW 34th Avenue, Suite 101, Ocala, Florida 34474 for the consideration of One Dollar and other valuable considerations, does hereby assign to **JPMorgan Chase Bank, National Association** ("Assignee"), having an address of 73 North Green Valley Parkway, Henderson, NV 89014, its successors, and assigns forever, all the right, title, interest, claim, and demand whatsoever as the said Assignor has or ought to have in or to a certain mortgage from Johnny Ray Moore to Mortgage Electronic Registration Systems, Inc. as nominee for Mortgage Capital Associates, Inc. dated January 26, 2007 and recorded on January 30, 2007 in Volume 2780 at Page 255 of the Shelton Land Records, in or to the property described in said mortgage deed situated in the Town of Shelton, County of Fairfield and State of Connecticut, without warranty or representation by, or recourse to, said Assignor.

TO HAVE AND TO HOLD the premises, with all the appurtenances, unto the said Assignee, its successors and assigns forever, so that neither the Assignor nor its successors, nor any other person under it or them shall hereafter have any claim, right or title in or to the premises, or any part thereof; but therefrom it is and they are by these presents forever barred and secluded.

IN WITNESS WHEREOF, on the ___19___ day of ___Oct.___, 2009, said corporation has caused this deed to be executed and delivered, and its corporate seal to be hereto affixed in its behalf by _____Margaret Dalton_____, who is duly authorized and empowered.

Signed, sealed and delivered
in the presence of:

MORTGAGE ELECTRONIC REGISTRATION
SYSTEMS, INC. AS NOMINEE FOR MORTGAGE
CAPITAL ASSOCIATES, INC.

_____
Nora Nadarevic

By _____

Its ___Vice President___

STATE OF ____Florida____         :
                                 : ss.
COUNTY OF ____Duval____          :

On this ___19___ day of ___Oct.___, 2009, before me personally came Margaret Dalton to me known, who being by me duly sworn, did depose and say that he/she is a ___Vice President___ of MERS, Inc., which executed the above instrument; that he/she knows the seal of said corporation: that the seal affixed to said instrument is such corporate seal, that it was so affixed by order of the Board of Directors of said corporation, and that he/she signed his/her name thereto by means of electronic process by like order acknowledged.

_____
Notary Public
My Commission Expires:

FLORINA C. MUÑOZ
Notary Public - State of Florida
My Comm. Expires Feb 23, 2013
Commission # DD 853731

**PROPERTY:**
15 Sachem Drive
Shelton, CT 06484
Moore, Johnny
File 03668-04491

Received for Record ___April 6, 2010___
at ___H___ H. ___47___ H. ___M.___ and Recorded by _____
_____ Town Clerk

*03668-04491$8*

*I HEREBY CERTIFY THAT THIS IS A TRUE COPY OF THE ORIGINAL DOCUMENT RECEIVED FOR RECORD IN THE OFFICE OF THE CITY/TOWN CLERK OF THE CITY OF SHELTON ON 4/6/2010 AT 11:47am*

ATTEST: _____ ASST. CITY/TOWN CLERK

162

# EXHIBIT _R_

# Commonwealth of Massachusetts

### SOUTHERN ESSEX DISTRICT REGISTRY OF DEEDS
### SHETLAND PARK
### 45 CONGRESS STREET
### SUITE 4100
### SALEM, MASSACHUSETTS 01970

JOHN L. O'BRIEN, JR.
*Register of Deeds*
(978) 542-1704
Fax: (978) 542-1706
e-mail: southernessexcustomerservice@sec.state.ma.us
www.salemdeeds.com

*A division of the Secretary of the Commonwealth*
**WILLIAM FRANCIS GALVIN, SECRETARY**

Johnny Ray Moore
15 Sachem Drive
Shelton, CT  06484

Dear Johnny ,

In an attempt to provide you with more assistance, I have enclosed, an affidavit signed by me, as Register  of the Southern Essex District Registry of Deeds, attesting to the presence of a robo-signed signature on your document as listed on McDonnell Property Analytics Approved Robo-signers List.  If you are currently being foreclosed upon, this affidavit may be presented to your attorney, the lender, or the court to show that your chain of title has been corrupted.  For those of you who are not in foreclosure, the affidavit may be presented to your current lender to show that a robo-signed document has in fact been recorded in your chain of title and be part of a request to investigate how this happened and what the lender is going to do to correct it.

Thank you for contacting us concerning your robo-signed document.  Should you have any further questions or need assistance, please contact my Customer Service Department at 978-542-1704.

With Regards,

John O'Brien
Register of Deeds

104



JOHN L. O'BRIEN, JR.
*Register of Deeds*
(978) 542-1722
Fax: (978) 542-1721
e-mail: jl.obrien@sec.state.ma.us
www.salemdeeds.com

# *Commonwealth of Massachusetts*

### SOUTHERN ESSEX DISTRICT REGISTRY OF DEEDS
### SHETLAND PARK
### 45 CONGRESS STREET
### SUITE 4100
### SALEM, MASSACHUSETTS 01970

*A division of the Secretary of the Commonwealth*
**WILLIAM FRANCIS GALVIN, SECRETARY**

## AFFIDAVIT OF JOHN L. O'BRIEN, REGISTER OF DEEDS
## SOUTHERN ESSEX DISTRICT

I, John L. O'Brien, Register of the Southern Essex District Registry of Deeds, do hereby swear or aver as follows:

1.  As of June 2011 it has been my policy as follows:

    a.  IF THERE ARE VARIATIONS OF AN ALLEGED ROBO-SIGNER ON RECORD AT MY REGISTRY – I require that all documents sent for recording that are executed by that alleged robo-signer, be independently verified by an affidavit that the signature is in fact the signature of the named individual, prior to recording. (See Exhibit B attached hereto).
    b.  IF THERE ARE <u>NO</u> VARIATIONS OF AN ALLEGED ROBO or SURROGATE SIGNER ON RECORD AT MY REGISTRY – I record the documents and forward them to the Massachusetts Attorney General's Office for review and possible violation of a Crime Against Property, specifically MGL Chapter 266, Section 35A (b) (4).

2.  I have instituted this policy based on the opinion of our forensic analyst, Marie McDonnell of McDonnell Property Analytics who has provided me with a list of robo and surrogate signers.

*165*

McDonnell defines a "robo-signer" as: *The person on a legal document processing assembly line whose only task is to sign previously prepared documents affecting title to real property in a robotic-like fashion without reading the documents or verifying the facts contained therein by reviewing primary source evidence. The robo-signer's mission is to expedite the documents' recordation in the public land records or in court proceedings. Additionally, robo-signers regularly fail to establish or simply do not have the authority to execute these documents on behalf of the legal title holder or principal on whose behalf they purport to act.*

McDonnell defines a "surrogate signer" as: *A person who signs a legal document on behalf of and in the name of another without reading it or understanding the document's contents; surrogate-signers are not authorized to execute these documents on behalf of the legal title holder or principal on whose behalf they purport to act.*

3.   I am aware that ~~Margaret Dalton~~ is an alleged robo or surrogate signer.

Signed this ___ day of __December__ 2016, under the pains and penalties of perjury.

John L. O'Brien, Register

## COMMONWEALTH OF MASSACHUSETTS

**Essex,ss.**

On this ___ day of __December__ 2016, before me, the undersigned notary public, personally appeared John L. O'Brien, who is personally known to be the person whose name signed on the preceding or attached document, and acknowledged to me that he signed it voluntarily for its stated purpose.

Notary Name:

My Commission Expires: 10/8/2021

166

## Affidavit in Support of Filing

I, _____ ("Declarant"), am a resident of _____, County of _____, State of _____, and do hereby certify, swear or affirm, and declare that I am competent to give the following declaration based on my personal knowledge, and that the following facts and things are true and correct:

1. I am attorney duly licensed to practice law and in good standing in _____.

2. I am representing _____ (the "Client").

3. This Affidavit is in support of the following recording:

4. The purpose of the underlying filing(s) is/are:

5. I have personally communicated on or about _[date]_____ with an employee or employees of the Client, whose names are_____, who (A) personally reviewed the documents being submitted for filling, (B) personally reviewed all required supporting documentation of corporate and personal authority ("Supporting Documents"), and (C) confirmed the accuracy of all documents and authenticity of all signatures, including the notary.

6. I have received and reviewed all Supporting Documentation.

7. Based on such communications, review of documents and my own personal inquiry into the Client's past and current standards and practices, I affirm that underlying filing(s) contain no false or questionable statements of fact or law.

8. Should any of the statements made herein be incorrect and the Recording corrupt or cloud the homeowner's chain of title, I will indemnify and hold anyone in the chain thereafter harmless.

   PROPERTY ADDRESS: _____

9. I am fully aware of and understand M.G.L. c. 266 § 35A.

Signed under pains and penalties of perjury.

WITNESS my signature this _____ day of _____ 20__ .

_____
Signature of Declarant

STATE or Commonwealth of _____ County _____
    On this _____ day of _____, 20____, before me, the undersigned notary public, personally appeared _____, and proved to me through satisfactory evidence of identification, which was _____, to be the person who signed the preceding or attached document in my presence, and who swore or affirmed to me that the contents of the document are truthful and accurate to the best of (his) (her) knowledge and belief.

_____
Notary Public:
My commission expires: _
(Official signature and seal of notary)

# EXHIBIT S

168

BK: 3486 PG:   85
INST:     2346

After recording please return to:
PEIRSONPATTERSON, LLP
ATTN: RECORDING DEPT.
13750 OMEGA ROAD
DALLAS, TX 75244-4505

I HEREBY CERTIFY THAT THIS IS A TRUE COPY OF
THE ORIGINAL DOCUMENT RECEIVED FOR RECORD
IN THE OFFICE OF THE CITY/TOWN CLERK OF THE
CITY OF SHELTON ON 6/30/2014 10:17am

ATTEST: _____
ASST. CITY/TOWN CLERK

*[Space Above This Line For Recording Data]*

Loan No.: 5304282923

MIN: 100133001000573358

# CONNECTICUT ASSIGNMENT OF MORTGAGE

For Value Received, Mortgage Electronic Registration Systems, Inc. ("MERS"), as nominee for MORTGAGE CAPITAL ASSOCIATES, INC., A CALIFORNIA CORPORATION, IT'S SUCCESSORS AND/OR ASSIGNS, its successors and assigns, (herein "Assignor") with an address at 11150 WEST OLYMPIC BOULEVARD, #1160, WEST LOS ANGELES, CA 90064 does hereby assign and transfer unto JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, its successors and assigns, (herein "Assignee"), whose address is 700 KANSAS LANE, MC 8000, MONROE, LA 71203, all its right, title and interest in and to a Mortgage from JOHNNY RAY MOORE to MORTGAGE CAPITAL ASSOCIATES, INC., A CALIFORNIA CORPORATION, IT'S SUCCESSORS AND/OR ASSIGNS dated January 26, 2007 and recorded on January 30, 2007, upon the following described property situated in SHELTON City/Town, State of Connecticut:
Property Address: 15 SACHEM DRIVE, SHELTON, CT 06484

See exhibit "A" attached hereto and made a part hereof.

such Mortgage having been given to secure payment of Seven Hundred Forty Six Thousand Five Hundred Fifty and 00/100ths ($746,550.00), which Mortgage is of record in Book, Volume, or Liber No. 02780, at Page 255 (or as Instrument No. 674), in the Office of the Town Clerk of SHELTON, City/Town, State of Connecticut, and all rights accrued or to accrue under such Mortgage.

TO HAVE AND TO HOLD, the same unto Assignee, its successors and assigns, forever, subject only to the terms and conditions of the above-described Mortgage.

IN WITNESS WHEREOF, the undersigned Assignor has executed this Assignment of Mortgage on
2-8-14 .

WITNESSED BY:

Name _Charlotte Swift_
Charlotte Swift

Name _____
Denise Henderson

Mortgage Electronic Registration Systems, Inc.
("MERS")

By: _____

Assistant Secretary  Joshua L McClinton

MERS TELEPHONE: 1-888-679-6377
Connecticut Assignment of Mortgage (From MERS to a Non-MERS Servicer/Investor)
JPMorgan Chase Bank N.A.                          Page 1 of 2

MERS Modified
L23586CT 01/12 Rev. 04/12

*5304282923*

169

BK= 3486 PG=   86
INST=    2346

## ACKNOWLEDGMENT

State of Louisiana                              §
                                                §
                                                §
Parish of Ouachita

On this  8  day of  Feb 2014  before me appeared  Joshua L McClinton , to me personally known, who, being by me duly sworn (or affirmed) did say that he/she is the Assistant Secretary, of Mortgage Electronic Registration Systems, Inc, and that the seal affixed to said instrument is the corporate seal of said national association and that the instrument was signed and sealed on behalf of the national association by authority of its board of directors and that  Joshua L McClinton  acknowledged the instrument to be the free act and deed of the national association.

Tommie J. Nelson
Notary I.D. #067566
Lincoln Parish, Louisiana
Commissioned for Life

Signature of Officer

TOMMIE J. NELSON
Printed Name

NOTARY PUBLIC
Title of Officer

My Commission Expires:  LIFETIME

(Seal)





*5 3 0 4 2 8 2 9 2 3 *

170

BK: 3486 PG:   87
INST:    2346

## EXHIBIT "A"

ALL THAT CERTAIN piece or parcel of land, together with the buildings and improvements thereon, situated in the City of Shelton, County of Fairfield and State of Connecticut, being shown and designated as Lot No. 25 on a certain map entitled, "Record Subdivision Plan Vistas at White Hills East Village Road, Sachem Drive & Sagamore Road Situated in City of Shelton, Connecticut", prepared by Eastern States Engineering, Inc., Scale 1"=100', Date: 4-02-04, which map is on file in the Shelton Town Clerk's Office as Map No. 4110, to which reference may be had for a more particular description thereof.

RECEIVED FOR RECORD
May 30, 2014 10:17:17A

CITY/TOWN CLERK'S OFFICE
SHELTON, CT

# EXHIBIT T

172

# *CONNECTICUT GENERAL STATUTE SECTION 33-921

## DEBTOR'S EXHIBIT ___I___ .

**\*Sec. 33-921. Consequences of transacting business without authority.** (a) A foreign corporation transacting business in this state without a certificate of authority may not maintain a proceeding in any court in this state until it obtains a certificate of authority.

(b) The successor to a foreign corporation that transacted business in this state without a certificate of authority and the assignee of a cause of action arising out of that business may not maintain a proceeding based on that cause of action in any court in this state until the foreign corporation or its successor obtains a certificate of authority.

(c) A court may stay a proceeding commenced by a foreign corporation, its successor, or assignee until it determines whether the foreign corporation or its successor requires a certificate of authority. If it so determines, the court may further stay the proceeding until the foreign corporation or its successor obtains the certificate.

(d) A foreign corporation is liable to this state, for the years or parts thereof during which it transacted business in this state without a certificate of authority, in an amount equal to (1) all fees and taxes which would have been imposed by law upon such corporation had it duly applied for and received such certificate of authority to transact business in this state, and (2) all interest and penalties imposed by law for failure to pay such fees and taxes. A foreign corporation is further liable to this state, for each month or part thereof during which it transacted business without a certificate of authority, in an amount equal to three hundred dollars, except that a foreign corporation which has obtained a certificate of authority not later than ninety days after it has commenced transacting business in this state shall not be liable for such monthly penalty. Such fees and penalties may be levied by the Secretary of the State. The Attorney General shall bring such action as he may deem necessary to recover any amounts due the state under

the provisions of this subsection including an action to restrain a foreign corporation against which fees and penalties have been imposed pursuant to this subsection from transacting business in this state until such time as such fees and penalties have been paid.

(e) Notwithstanding subsections (a) and (b) of this section, the failure of a foreign corporation to obtain a certificate of authority does not impair the validity of its corporate acts or prevent it from defending any proceeding in this state.

**(P.A. 94-186, S. 185, 215; P.A. 97-228, S. 1, 7; P.A. 98-137, S. 13, 62; 98-219, S. 33, 34; P.A. 09-83, S. 1.)**

**History**: P.A. 94-186 effective January 1, 1997; P.A. 97-228 deleted Subsec. (d)(3) re penalty of $2,000 for each year or part thereof during which a foreign corporation transacts business without a certificate of authority, replacing said annual penalty with a penalty of $165 for each month or part thereof that a foreign corporation transacts business without a certificate of authority and rephrasing provision re grace period, effective July 1, 1997; P.A. 98-137 amended Subsec. (d) to revise grace period by providing that a corporation is not liable for the monthly penalty if it has obtained a certificate of authority "not later than ninety days after it has commenced transacting" business in this state rather than not being liable "for the first three months or part thereof during which it transacted business without such certificate", effective July 1, 1998; P.A. 98-219 revised effective date of P.A. 98-137, but without affecting this section; P.A. 09-83 amended Subsec. (d) to increase penalty from $165 to $300 for each month or part thereof that a foreign corporation transacts business without a certificate of authority and to make a technical change.

**Foreign** corporation that sought to recover credit card debt from consumer and that did not have a physical presence or employees in this state was "transacting business in interstate commerce" under Sec. 33-920(b)(11), and was not prohibited from maintaining action for failure to obtain a certificate of authority. 128 CA 843

## *Connecticut General Statute Section 53a-139

### DEBTOR'S EXHIBIT __U__.

***Connecticut General Statute Section 53a-139 - forgery in the second degree: Class D felony.** This statute clearly states: (a) A person is guilty of forgery in the second degree when, with intent to defraud, deceive, or injure another, he falsely makes, completes or alters a written instrument or issues or possesses any written instrument which he knows to be forged, which is or purports to be, or which is calculated to become or represent if completed: (1) A deed, will, codicil, contract, assignment, commercial instrument or other instrument which does or may evidence, create, transfer, terminate or otherwise affect a legal right, interest, obligation or status; or (2) a public record or an instrument which filed or required or authorized by law to be filed in or with a public office or public servant; ...

176